THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AARON HARRIS, an individual,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,

    Defendant.

Case No. 2:18-cv-00134-BHS

**NOTICE OF SETTLEMENT OF ALL CLAIMS**

Notice is hereby given that all claims against all parties in this action have been resolved. This notice is being filed with the consent of all parties.

DATED: February 26, 2020.

LANE POWELL PC

By *s/ Tim D. Wackerbarth*
    Tim D. Wackerbarth, WSBA No. 13673
    wackerbartht@lanepowell.com
    Andrew G. Yates, WSBA No. 34239
    yatesa@lanepowell.com
    Warren E. Babb, Jr., WSBA No. 13410
    babbw@lanepowell.com

NOTICE OF SETTLEMENT OF ALL CLAIMS - 1
Case No. 2:18-cv-00134-BHS

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

019188.0396/7978306.1

LANDMAN CORSI BALLAINE & FORD, PC

By: *s/ Mark S. Landman*
    Mark S. Landman, *Pro Hac Vice*
    mlandman@lcbf.com
    John A. Bonventre, *Pro Hac Vice*
    jbonventre@lcbf.com

*Attorneys for Defendant National Railroad Passenger Corporation*

CLIFFORD LAW OFFICES

By *s/ Sean P. Driscoll*
    Sean P. Driscoll, *pro hac vice*
    Kristofer S. Riddle, *pro hac vice*
    Kevin P. Durkin, *pro hac vice*
    120 North LaSalle Street, 31st Floor
    Chicago, IL 60602
    Telephone: 312-899-9090
    Email: spd@cliffordlaw.com
           ksr@cliffordlaw.com
           kpd@cliffordlaw.com

LUVERA LAW FIRM

By: *s/ David M. Beninger*
    Robert N. Gellatly, WSBA #15284
    robert@luveralawfirm.com
    David M. Beninger, WSBA #18432
    david@luveralawfirm.com
    Andrew Hoyal, WSBA #21349
    andy@luveralawfirm.com

*Attorneys for Plaintiff Aaron Harris*

NOTICE OF SETTLEMENT OF ALL CLAIMS - 2
Case No. 2:18-cv-00134-BHS

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

019188.0396/7978306.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that the following document was sent to the following CM/ECF participant:

Robert N. Gellatly
David M. Beninger
Andrw Hoyal
Luvera Law Firm
701 Fifth Avenue, Suite 6700
Seattle, WA 98104-7016
robert@luveralawfirm.com
david@luveralawfirm.com
andy@luveralawfirm.com

Kevin P. Durkin
Sean P. Driscoll
Kristopher S. Riddle
Clifford Law Offices
120 N LaSalle Street, 31st Floor
Chicago, IL 60602-2554
kpd@cliffordlaw.com
spd@cliffordlaw.com
ksr@cliffordlaw.com

DATED this 26th day of February, 2020.

*s/ Alisa R. Flabel*
Alisa R. Flabel, Legal Assistant

NOTICE OF SETTLEMENT OF ALL CLAIMS - 3
Case No. 2:18-cv-00134-BHS

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

019188.0396/7978306.1